James Anderson, Respondent, v. McNulty Brothers, Appellant,

Impleaded with Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.